

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**RICKY SMITH**                                      **PLAINTIFF**

v.                                          **CIVIL ACTION NO. 1:13-cv-503-MTP**

**EMMITT SPARKMAN, ET AL.**                                  **DEFENDANTS**

## FINAL JUDGMENT

This cause having come before the Court of Defendants' Motion for Summary Judgment [41] and a decision having been duly rendered by separate Order [56],

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice.

This, the ____4th____ day of February, 2015.

_____
Michael T. Parker
United States Magistrate Judge